[No. 51032-1-I.   Division One.   February 17, 2004.]

JEFFREY GLENISKY, *Appellant*, v. THE DEPARTMENT OF LICENSING, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 02-2-22707-4, Hollis Holman, J. Pro Tem., entered August 21, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 51281-1-I.   Division One.   February 17, 2004.]

JOSEPH FILETTO, ET AL., *Appellants*, v. LANCE SMITH, ET AL., *Respondents*.

Appeal from judgments of the Superior Court for Snohomish County, No. 01-2-05192-8, Joseph A. Thibodeau, J., entered August 8 and October 4, 2002. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Coleman and Grosse, JJ.

[No. 51339-7-I.   Division One.   February 17, 2004.]

*In the Matter of the Marriage of* SUZANNA THIBERT, *Respondent*, and KENNETH THIBERT, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 01-3-01147-4, Charles S. French, J., entered October 15, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 51454-7-I.   Division One.   February 17, 2004.]

*In the Matter of the Marriage of* CINDY M. MARTIN, *Appellant*, and GREGG W. HYNEK, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 95-3-07092-6, James A. Doerty, J., entered November 6, 2002. *Reversed with instructions* by unpublished opinion per Grosse, J., concurred in by Coleman and Appelwick, JJ.